**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Pamela Nicole McCarthy

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA NICOLE MCCARTHY,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | 1:09- CV-01967 LJO SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Timothy Bolin, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: Plaintiff shall serve on defendant a confidential letter brief **no later than July 28, 2010**. Defendant shall have until **August 28, 2010** to serve a response to the letter brief on plaintiff. In the event that the case is not remanded, plaintiff shall have until **September 28, 2010** to file and serve an opening brief on defendant and the court. Defendant shall then have until **October 28, 2010** to file and serve a responsive brief. Any reply

///
///
///
///
///
///
///
///

brief shall be filed fifteen days after service of the responsive brief.

Dated: June 28, 2010                    /s/ Robert Ishikawa
                                        _____
                                        ROBERT ISHIKAWA
                                        Attorney for Plaintiff, Pamela Nicole McCarthy

Dated: June 28, 2010                    /s/ Timothy Bolin, by telephonic approval
                                        _____
                                        Timothy Bolin
                                        Special Assistant U.S. Attorney

## ORDER

Upon review of the parties' stipulation, it is ORDERED that Plaintiff shall serve a confidential letter brief on Defendant **by no later than July 28, 2010**. Defendant shall serve a response to the letter brief on Plaintiff **by no later than August 28, 2010**. In the event that the case is not remanded, Plaintiff shall file and serve an opening brief on Defendant and the Court **by no later than September 28, 2010**. Defendant shall file and serve a responsive brief **by no later than October 28, 2010**. Any reply brief shall be filed fifteen (15) days after service of the responsive brief.

The parties are cautioned that the any future request for extension of time must be supported by a showing of good cause for the request. *See Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (a scheduling order cannot be modified except upon a showing of good cause; a party demonstrates good cause for the modification of a scheduling order by showing that, even with the exercise of due diligence, he or she was unable to meet the timetable set forth in the order). Absent a showing of good cause, the Court will deny any future request for additional time.

IT IS SO ORDERED.

**Dated:   June 29, 2010                       /s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE