# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA NICOLE McCARTHY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | CASE NO.   1:09-cv-1967 LJO SKO<br><br>**ORDER DENYING EXTENSION OF TIME TO SERVE PLAINTIFF'S CONFIDENTIAL LETTER BRIEF AND SETTING DEADLINES TO FILE AND SERVE OPENING, RESPONSIVE, AND REPLY BRIEFS**<br><br>(Doc. 18) |

On September 27, 2010, the parties filed a stipulation requesting a second extension of time to September 27, 2010, to serve Plaintiff's confidential letter brief on Defendant. (Doc. 18.) This case commenced on November 6, 2009. (Docs. 1, 2.) On March 12, 2010, Defendant lodged the administrative record with the Court. (Doc. 14.) Because Plaintiff had "been unable to comply with the Court's standing scheduling order," upon the parties' stipulation, on June 30, 2010, the Court granted an extension of time to July 28, 2010, to serve Plaintiff's confidential letter brief. (Doc. 17.) The Court admonished the parties that "any future request for extension of time must be supported by a showing of good cause for the request" and that, "[a]bsent a showing of good cause, the Court will deny any future request for additional time." (*Id.* at 2.)

The parties now request a second extension of time for Plaintiff to serve her confidential letter brief on Defendant. The parties' stipulation provides no reason for the further extension

1 request other than that, again, "Plaintiff has been unable to comply with the Court's standing
2 scheduling order . . . ." (Doc. 18.)
3       Given the expiration of the deadline two months ago and the lack of any showing of due
4 diligence by Plaintiff to comply with the Court's previous order, the Court finds that no good cause
5 exists to grant the request for a second extension of time to serve Plaintiff's confidential letter brief.
6 *Cf. Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (party demonstrates good
7 cause for modification of scheduling order by showing that, even with exercise of due diligence, he
8 or she was unable to meet timetable set forth in order).  Accordingly, IT IS HEREBY ORDERED
9 as follows:

10     (1)    The parties' request for an extension of time to serve Plaintiff's confidential letter
11           brief (Doc. 18) is DENIED;
12     (2)    Plaintiff shall file an opening brief with the Court and serve it on Defendant **by no**
13           **later than October 28, 2010**;
14     (3)    Defendant shall file a responsive brief with the Court and serve it on Defendant **by**
15           **no later than November 29, 2010**; and
16     (4)    Plaintiff's reply brief shall be filed with the Court and served on Defendant within
17           fifteen (15) days after service of Defendant's responsive brief.
18
19 IT IS SO ORDERED.
20 **Dated:**   **September 27, 2010**               **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28